**EXHIBIT B**

# DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP

*2101 L Street NW • Washington, DC 20037-1526*
*Tel (202) 785-9700 • Fax (202) 887-0689*
*Writer's Direct Dial: (202) 828-2234*
*E-Mail Address: MitznerI@dsmo.com*

January 18, 2006

**By Certified Mail**

Farmer Masonry
P.O. Box 216
Marion, IA 52302

Re:   <u>Withdrawal Liability Default Notification</u>

Dear Sirs:

On November 17, 2005, David F. Stupar, Executive Director of the Bricklayers and Trowel Trades International Pension Fund ("IPF"), sent Farmer Masonry, Inc. ("Farmer Masonry") a demand for Employer Withdrawal Liability ("EWL"), along with attached reports from the IPF's actuary setting forth the basis for the EWL owed by this company. The EWL demand indicated that Farmer Masonry owed EWL in the amount of $136,100, pursuant to the Multiemployer Pension Plan Amendments Act of 1980 ("MPPAA") and the IPF's Withdrawal Liability Procedures. The EWL demand further explained that Farmer Masonry is required to make interim EWL payments to the IPF reflecting an amortization of the total EWL over a number of months. Specifically, Farmer Masonry is required to pay the IPF $2,065.89 for 80 months plus a final payment of $1,728.49.

In addition, the November 17, 2005 demand letter instructed Farmer Masonry that its first interim EWL payment was required to be made within 60 days of November 17, 2005, or by January 16, 2006. As of the date of this letter, Farmer Masonry has failed to make its initial payment in a timely fashion. Accordingly, Farmer Masonry is hereby notified that it has 60 days from the date of this letter to cure this failure and make the interim payments required pursuant to the payment schedule set forth in the IPF's November 17, 2005 demand. If Farmer Masonry does not make such payments within 60 days, it will be deemed in default pursuant to 29 U.S.C. § 1399(c)(5) and the IPF Withdrawal Liability Procedures. At that point, the IPF will be entitled to immediate payment of the total outstanding EWL, plus accrued interest on the total outstanding liability from the due date of the first payment that was not timely made, plus any other damages recoverable under ERISA and/or the IPF procedures.

*1177 Avenue of the Americas • New York, New York 10036-2714*
*Tel (212) 835-1400 • Fax (212) 997-9880*
*www.legalinnovators.com*

DSMDB.2031634.1



Farmer Masonry
January 18, 2006
Page 2

If you have any questions, please do not hesitate to call.

Sincerely,

Ira R. Mitzner

cc: David F. Stupar, Executive Director, IPF
Michael Murphy, Director of Revenue Accounting, IPF
Craig Weir, Editor, IPF

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _signature_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  1-25-06 |
| 1. Article Addressed to:<br><br>Farmer Masonry<br>P.O. Box 216<br>Marion, IA  52302 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7002 0860 0005 1245 8666 |

PS Form 3811, August 2001     Domestic Return Receipt     102595-01-M-2509



U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Sent To: Farmer Masonry
Street, Apt. No.; or PO Box No.: P.O. Box 216
City, State, ZIP+ 4: Marion, IA  52302

Postmark 01/19/2006

PS Form 3800, April 2002     See Reverse for Instructions