UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>FARMER MASONRY, INC., *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-0766 (JDB)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION IN SUPPORT OF**
**SERVICE OF SUMMONS AND COMPLAINT**

Pursuant to 28 U.S.C. § 1746, I, CLAUDETTE ELMES, hereby declare as follows:

1.  I am a paralegal specialist with the firm of Dickstein Shapiro Morin & Oshinsky LLP and assist Ira R. Mitzner, counsel to the Plaintiffs, in the above-captioned case.

2.  On May 9, 2006, service of the Summonses and copies of the Complaint in this action were made upon Farmer Masonry, Inc., and Dwayne Farmer, Individually by delivering said documents at 2295 Bullis Drive, Marion, IA 52302-4983, to Linda Farmer, authorized to accept service on behalf of Farmer Masonry, Inc, and Dwayne Farmer, Individually.

3.    Proof of such service is provided by the declaratios of process server, Rex C. Cook, attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 1, 2006

Claudette M. Elmes