**EXHIBIT 1**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 5/9/06 @ 7:30 pm |
|---|---|
| NAME OF SERVER *(PRINT)* Rex C. Cook | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

G ☐ Served personally upon the defendant. Place where served: _____

G ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G ☐ Returned unexecuted: _____

XG ☑ Other (specify): By serving Linda Farmer, President, authorized to accept. Service was completed at 2295 Bullis Drive, Marion, Iowa.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _05-09-2006_
Date

Signature of Server

*Iris M. Cook
Notary Seal
Notary Public State of Iowa
No. 196096
Commission Expires 04/27/06*

**CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009**
Address of Server
**(202) 667-0050**

\* Exhibits A-C; Notice of Right to Consent to Trial Before a United States Magistrate Judge; and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC – September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| * Service of the Summons and complaint was made by me[1] | DATE  5/9/06 @ 7:30 pm |
| NAME OF SERVER *(PRINT)*<br>Rex C. Cook | TITLE  Private Process Server |

*Check one box below to indicate appropriate method of service*

**G**   Served personally upon the defendant. Place where served: _____

**XG**   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:   Linda Farmer, wife at 2295 Bullis Dr.
Marion, IA

**G**   Returned unexecuted: _____

**G**   Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  05-09-2006
_____
Date

*Rex C Cook*
_____
Signature of Server

Iris M. Cook
Notary Seal
Notary Public State of Iowa
No. 196096
Commission Expires 04/29/07

**CAPITOL PROCESS SERVICES**
**1827 18TH STREET, N.W.**
**WASHINGTON, D.C. 20009**
Address of Server   **(202) 667-0050**

* Exhibits A-C; Notice of Right to Consent to Trial Before a United States Magistrate Judge; and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.