CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.,
        Plaintiffs     )
                              )
        vs.                  )        Civil Action No.  06-0766 (RBW)
                              )
                              )
FARMER MASONRY, INC., et al.,    )
        Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this  2nd  day of  June , 2006 , that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s)  FARMER MASONRY, INC., and DWAYNE FARMER, INDIVIDUALLY 

~~was~~[were]:    [personally served with process on  May 9, 2006  ].

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):

_____ ].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):

_____ ].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:
        29 U.S.C. Section 1132(e)(2)  ].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [~~although an extension has been given, the time for filing has expired~~]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

                                                            _[signature]_
                                                     Attorney for Plaintiff(s) [signature]
                                                     Ira R. Mitzner
                                                   Dickstein Shapiro Morin & Oshinsky LLP
    184564                                    2101 L Street, NW, Washington DC 20037
Bar Id. Number                          Address and Telephone Number   (202) 785-9700

CO-547
Rev. 3/84

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.,
      Plaintiff

vs
FARMER MASONRY, INC. and
DWAYNE FARMER, INDIVIDUALLY
      Defendant

Civil Action No. 06-0766

In re:
      Dwayne Farmer, Individually
            (Defendant)

## MILITARY AFFIDAVIT

(Certificate in Compliance With Soldiers and Sailors
Civil Relief Act of 1940, As Amended in 1942 & 1960
Title 50, Appendix, Section 520, United States Code)

I hereby certify under penalty of perjury, this 2nd day of June, 20 06, (that I am the duly authorized agent of the plaintiff in the above-listed case and make this certificate in plaintiff's behalf (that I am the plaintiff in the above-entitled case).

I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the plaintiff, I have caused careful investigation to be made to ascertain whether or not the above-named defendant is in the military service of the United States or its Allies and that a result of said investigation, I have discovered and do hereby allege that said defendant is not in the military service of the United States or its Allies, that is to say said defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said defendant is not on active duty with any branches aforesaid, nor is said defendant under training or education under the supervision of the United States preliminary to induction into the military services; and the defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the defendant a member of the Enlisted Reserve Corps ordered to report for military service, but is employed as a    Contractor    .

Attorney for Plaintiff
Ira R. Mitzner
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, DC   20037
(202) 785-9700

184564
Bar Id. Number

Address

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-0766 (JDB) |
| FARMER MASONRY, INC., *et al.*, | ) |
| Defendants. | ) |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

    Ira R. Mitzner, Esq.
    Dickstein Shapiro Morin & Oshinsky LLP
    2101 L Street, N.W.
    Washington, D.C. 20037-1526
    Telephone: (202) 828-2234
    Facsimile   (202) 887-0689

    Farmer Masonry, Inc.
    2295 Bullis Drive
    Marion, IA 52302-4983

    Dwayne Farner, Individually
    2295 Bullis Drive
    Marion, IA 52302-4983

2093091.01