# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN J. FLYNN, JAMES BOLAND, GERALD O'MALLEY KEN LAMBERT, GERARD SCARANO, H.J. BRAMLETT EUGENE GEORGE, PAUL SONGER, CHARLES VELARDO, MATTHEW AQUILINE, GREGORY R. HESS, MICHAEL SCHMERBECK, VINCENT DELAZZERO, and BEN CAPP, JR, as Trustees of, and on behalf of the BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND,<br>  1776 Eye Street, NW, Fifth Floor<br>  Washington, DC 20006<br>  (202) 783-3788,<br><br>          Plaintiffs,<br><br>          v.<br><br>FARMER MASONRY, INC.<br>  490 9th Street<br>  Marion, IA 52302<br><br>and<br><br>DWAYNE FARMER, INDIVIDUALLY,<br>  490 9th Street<br>  Marion, IA 52302,<br><br>          Defendants. | Case No. 06CV-0766.<br>Judge: John D. Bates |

**DECLARATION OF IRA R. MITZNER**
**IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

Pursuant to 28 U.S.C. § 1746, I, IRA MITZNER, hereby declare as follows:

1. I am a partner with the firm of Dickstein Shapiro Morin & Oshinsky LLP and the counsel of record for the Plaintiffs John Flynn, James Boland, Gerald O'Malley,

2106833.01

Ken Lambert, Gerard Scarano, H.J. Bramlett, Eugene George, Paul Songer, Charles Velardo, Matthew Aquiline, Gregory R. Hess, Michael Schmerbeck, Vincent Delazzero and Ben Capp, Jr., ("IPF" or "Fund"), in the above-captioned case. I have personal knowledge of the facts stated herein.

2. On May 9, 2006, the Summonses and Complaint were served on Defendants.

3. As of this date, no Answer to the Complaint is reflected on the docket.

4. As set forth in the accompanying Declaration of David Stupar, Defendant owes $163,916.85 in unpaid withdrawal liability, court filing fees, and service of process fees to Plaintiffs, plus Defendants will owe future interest accrued until the time of judgment.

5. Defendants have defaulted on their payment schedule and their failure to pay is treated as a delinquency. 29 U.S.C. § 1401(d). The Employee Retirement Income Security Act of 1974 ("ERISA") provides for the mandatory award of attorney's fees. ERISA Section 502(g)(2)(D). Plaintiffs' counsel has charged the Fund less than the firm's market rate in this matter for well-intentioned, public-spirited reasons. Counsel for Plaintiffs has offered this reduced fee in order to mitigate financial hardships to the Fund, which provides retirement benefits to members of the International Union of Bricklayer and Allied Craftworkers. We believe that our efforts help to ensure the viability of the Fund and, in turn, the welfare of those participants and beneficiaries who depend on their pensions for income after retirement.

6. Counsel for the Funds, consistent with the decision of the United States Court of Appeals for the District of Columbia Circuit in *Board of Trustees of the Hotel and*

2

2106833.01

*Restaurant Employees Local 25 and Employers' Health and Welfare Fund v. JPR, Inc.*, 136 F.3d 794, 800-808 (D.C. Cir. 1998), on remand, 1999 WL 1567733 (D.D.C Sept. 10, 1999), and for the reasons set forth in paragraph 5 above, therefore seeks to recover its market rates in this action rather than the reduced fee charged to the Fund.

7.  The fees generated to date by Dickstein Shapiro Morin & Oshinsky LLP in this action at market rate, calculated according to the normal billing rates in effect currently or at the time services were performed for the Fund, are as follows:

|  | Hours | Per Hour | Total |
|---|---|---|---|
| Ira R. Mitzner (Partner) | 1.00 | $510.00 | $510.00 |
| Charles V. Mehler III (Associate) | .30 | $350.00 | $105.00 |
| Johnisha Matthews (Associate) | 10.20 | $255.00 | 2,601.00 |
| Claudette Elmes (Paralegal) | 8.20 | $165.00 | $1,353.00 |
| **Total** |  |  | $4,569.00 |

8.  The default of Defendant for failure to answer was entered by the Clerk of this Court on June 5, 2006.

9.  The total balance due Plaintiffs by Defendant as of this date is $168,485.85.

3

10. Plaintiffs therefore pray for entry of default in favor of Plaintiffs in the amount $168,485.85.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 30, 2006

_____
Ira R. Mitzner

4

2106833.01