# Exhibit C

Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN J. FLYNN et al

_____

      Plaintiff(s)

V.

Civil Action No. 06-cv-00766-JDB

FARMER MASONRY, INC. et al

_____

      Defendant(s)

RE: FARMER MASONRY, INC.
DWAYNE FARMER, individually

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on May 9, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 5th day of June, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
      Laura M. Chipley
      Deputy Clerk