IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN J. FLYNN, JAMES BOLAND, GERALD O'MALLEY )
KEN LAMBERT, GERARD SCARANO, H.J. BRAMLETT )
EUGENE GEORGE, PAUL SONGER, CHARLES )
VELARDO, MATTHEW AQUILINE, GREGORY R. HESS, )
MICHAEL SCHMERBECK, VINCENT DELAZZERO, )
and BEN CAPP, JR, as Trustees of, and on behalf of the )
BRICKLAYERS & TROWEL TRADES INTERNATIONAL )
PENSION FUND, )
  1776 Eye Street, NW, Fifth Floor )
  Washington, DC  20006 )
  (202) 783-3788, )

      Plaintiffs, )

v.                                                                                       )   Case No. 06CV-0766.
                                                                                         )   Judge: John D. Bates
FARMER MASONRY, INC. )
  490 9th Street )
  Marion, IA 52302 )

and )

DWAYNE FARMER, INDIVIDUALLY, )
  490 9th Street )
  Marion, IA 52302, )

      Defendants. )

## JUDGMENT

The Summons and Complaint in this action having been duly served on the above-named Defendants on May 9, 2006, and the time for said Defendants to appear and defend herein having expired, and Defendants not having filed an Answer, and the Clerk having entered default, and the Plaintiffs having filed a declaration of a total amount due of $168,485.85, and Plaintiffs having moved for entry of judgment by default in that amount, it is hereby

2106824.01

ORDERED, ADJUDGED, AND DECREED that the final judgment in favor of Plaintiffs and against Defendants is hereby granted and ordered entered as the judgment in this action as follows:

1. That Plaintiffs John Flynn, James Boland, Gerald O'Malley, Ken Lambert, Gerard Scarano, H.J. Bramlett, Eugene George, Paul Songer, Charles Velardo, Matthew Aquiline, Gregory R. Hess, Michael Schmerbeck, Vincent Delazzero and Ben Capp, Jr., all of whom are Trustees of, and sue on behalf of, the Bricklayers & Trowel Trades International Pension Fund ("IPF"), 1776 Eye Street NW, 5th Floor, Washington, D.C. 20006, recover from Defendants, Farmer Masonry, Inc., and Dwayne Farmer, Individually, 490 9th Street, Marion, IA 52302, the amount due of $168,485.85.

ORDERED, ADJUDGED AND DECREED that Plaintiffs have execution therefor.

Dated: _____, 2006    _____
                                John D. Bates
                                United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN J. FLYNN, JAMES BOLAND, GERALD O'MALLEY )
KEN LAMBERT, GERARD SCARANO, H.J. BRAMLETT )
EUGENE GEORGE, PAUL SONGER, CHARLES )
VELARDO, MATTHEW AQUILINE, GREGORY R. HESS, )
MICHAEL SCHMERBECK, VINCENT DELAZZERO, )
and BEN CAPP, JR, as Trustees of, and on behalf of the )
BRICKLAYERS & TROWEL TRADES INTERNATIONAL )
PENSION FUND, )
  1776 Eye Street, NW, Fifth Floor )
  Washington, DC 20006 )
  (202) 783-3788, )

        Plaintiffs,

    v.                             Case No. 06CV-0766.
                                Judge: John D. Bates

FARMER MASONRY, INC.
  490 9th Street
  Marion, IA 52302

and

DWAYNE FARMER, INDIVIDUALLY,
  490 9th Street
  Marion, IA 52302,

        Defendants.

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

    Ira R. Mitzner, Esquire
    Johnisha Matthews, Esquire
    Dickstein Shapiro Morin & Oshinsky LLP
    2101 L Street, NW
    Washington, DC 20037
    (202) 828-2234

    Farmer Masonry, Inc.
    490 9th Street
    Marion, IA 52302

    Dwayne Farmer
    490 9th Street
    Marion, IA 52302

2106874.01