FILED

JUL 18 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN J. FLYNN, JAMES BOLAND, GERALD O'MALLEY KEN LAMBERT, GERARD SCARANO, H.J. BRAMLETT EUGENE GEORGE, PAUL SONGER, CHARLES VELARDO, MATTHEW AQUILINE, GREGORY R. HESS, MICHAEL SCHMERBECK, VINCENT DELAZZERO, and BEN CAPP, JR, as Trustees of, and on behalf of the BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, 1776 Eye Street, NW, Fifth Floor Washington, DC 20006 (202) 783-3788, <br><br> Plaintiffs, <br><br> v. <br><br> FARMER MASONRY, INC. 490 9th Street Marion, IA 52302 <br><br> and <br><br> DWAYNE FARMER, INDIVIDUALLY, 490 9th Street Marion, IA 52302, <br><br> Defendants. | Case No. 06CV-0766. Judge: John D. Bates |

## JUDGMENT

The Summons and Complaint in this action having been duly served on the above-named Defendants on May 9, 2006, and the time for said Defendants to appear and defend herein having expired, and Defendants not having filed an Answer, and the Clerk having entered default, and the Plaintiffs having filed a declaration of a total amount due of $168,485.85, and Plaintiffs having moved for entry of judgment by default in that amount, it is hereby

ORDERED, ADJUDGED, AND DECREED that the final judgment in favor of Plaintiffs and against Defendants is hereby granted and ordered entered as the judgment in this action as follows:

1. That Plaintiffs John Flynn, James Boland, Gerald O'Malley, Ken Lambert, Gerard Scarano, H.J. Bramlett, Eugene George, Paul Songer, Charles Velardo, Matthew Aquiline, Gregory R. Hess, Michael Schmerbeck, Vincent Delazzero and Ben Capp, Jr., all of whom are Trustees of, and sue on behalf of, the Bricklayers & Trowel Trades International Pension Fund ("IPF"), 1776 Eye Street NW, 5th Floor, Washington, D.C. 20006, recover from Defendants, Farmer Masonry, Inc., and Dwayne Farmer, Individually, 490 9th Street, Marion, IA 52302, the amount due of $168,485.85.

ORDERED, ADJUDGED AND DECREED that Plaintiffs have execution therefor.

Dated: July 18, 2006

_____
John D. Bates
United States District Judge

2106824.01